# Order

Michigan Supreme Court
Lansing, Michigan

March 25, 2020

159791

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL EDWARD REESE,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159791
COA: 348186
Allegan CC: 17-021004-FC

By order of December 30, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the May 1, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Allegan Circuit Court for correction of the judgment of sentence. The prosecuting attorney has conceded that the defendant's 200-month minimum sentence violates the two-thirds rule of *People v Tanner*, 387 Mich 683, 690 (1972), and MCL 769.34(2)(b). Under that rule, because the statutory maximum for third-degree criminal sexual conduct, see MCL 750.520d(2), as elevated by the habitual offender statute, MCL 769.10(1)(a), is 270 months, the longest minimum sentence that the defendant could receive is 180 months, or 15 years. The judgment of sentence is to be amended accordingly. We further ORDER the trial court to ensure that the corrected judgment of sentence is transmitted to the Department of Corrections. In all other respects, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        We do not retain jurisdiction.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2020



Clerk

t0324